FILED

SEPTEMBER 15, 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

TALIAH MIRMALEK, individually and on behalf of all others similarly situated,

Plaintiff - Appellee,

JULIO FLORES,

Objector - Appellant,

v.

LOS ANGELES TIMES COMMUNICATIONS, LLC,

Defendant - Appellee.

No. 26-5450

D.C. No.
3:24-cv-01797-CRB
Northern District of California,
San Francisco

ORDER

The fees for this appeal are overdue. Within 21 days, appellant must pay $605 to the district court and file proof of payment in this court or file a motion to proceed in forma pauperis. If appellant does not do so, the court will dismiss this appeal. See 9th Cir. R. 42-1.

The clerk will serve a copy of Form 4 on appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT